

# NUMBER 13-21-00306-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

RIGNEY CONSTRUCTION &
DEVELOPMENT, LLC AND
JOHN A. RIGNEY,                                                                    Appellants,

v.

HECTOR DANNI,                                                                        Appellee.

## On appeal from the 275th District Court
## of Hidalgo County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Benavides and Longoria**
**Memorandum Opinion by Chief Justice Contreras**

This matter is before the Court on its own motion. On December 1, 2021, the Clerk of the Court notified appellants that, pursuant to Tex. R. App. P. 38.8(a)(1), the appeal was subject to dismissal for want of prosecution unless, within ten days, appellants

provided reasonable explanation for their failure to timely file a brief. Appellants failed to respond to the notice and have not filed a brief.

Appellants have neither reasonably explained their failure to file a motion for extension of time nor filed their brief. Accordingly, the appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a), 42.3(b),(c).

DORI CONTRERAS
Chief Justice

Delivered and filed on the
20th day of January, 2022.